# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAMING ZHAO

NO. 2025 KW 0753

**AUGUST 6, 2025**

---

In Re:     Daming Zhao, applying for supervisory writs, 23rd
           Judicial District Court, Parish of Ascension, Nos.
           49976, 50013, 50014.

---

**BEFORE:     McCLENDON, C.J., HESTER AND GREENE, JJ.**

   **WRIT DENIED.**

                              **PMc**
                              **CHH**
                              **HG**

COURT OF APPEAL, FIRST CIRCUIT

       DEPUTY CLERK OF COURT
          FOR THE COURT